FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 21 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Rowell, Howard
(Last Name) (Identification Number)

Howard   M.
(First Name) (Middle Name)

Jackson County Adult Detention Center
(Institution)

1719 Kenneth Ave. Pascagoula MS. 39567
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

v. Jackson County ET. AL
Gautier Police Dept. ET AL.
Chief of Police (name unknown) Gautier MS.
Investigator (name unknown) Gautier MS
Tony Lawrence District Attorney
(Enter above the full name of the defendant or defendants in this action)
Pascagoula MS.
OR District Attorney's office

Jackson County ET. AL
Judge Kathy King Jackson
Judge Gary Roberts
Gautier MS
OR Gary Roberts PA.

CIVIL ACTION NUMBER: 1:09CV731HSO-JMR
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes (✓) No ( )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action (Plaintiff) Howard M. Rowell, (Defendant's) Jackson County ET. AL, Mike Byrd, Jerome Barnes, Ken Broadus.

2.  Court (if federal court, name the district; if state court, name the county): 2012 15TH St. Suite 403, 39501, Harrison County.

3.  Docket Number: Civil action No. 1:08 cv 1368-HSO-JMR.

4.  Name of judge to whom case was assigned: John M. Roper (magistrate)

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Still Pending.

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: HOWARD M. Rowell   Prisoner Number: 204959824

Address: 1719 Kenneth Ave Pascagoula MS. 39567


(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.) & Kathy King Jackson P.O. Box 998 Pascagoula MS. 39567

II. Defendant: Gautier Police Dept, Chief of Police (Unknown Name) is employed as Investigator (NAME UNKNOWN) at Gautier Police Dept. Gautier MS. 39553

Tony Lawrence P.O. Bx 998 Pascagoula MS 39567 Judge Gary Roberts (Gautier Municipality)

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: HOWARD M. Rowell    ADDRESS: 1719 Kenneth Ave. Pascagoula MS.


DEFENDANT(S):
NAME: Jackson County ET AL    ADDRESS:
Gautier Police Dept
Chief of Police (Name unknown)    Gautier MS. 39553
Investigator (NAME unknown)
Tony Lawrence    P.O. Box 998 Pascagoula MS. 39567
Judge Gary Roberts.
Kathy King Jackson    P.O. Box 998 Pascagoula MS 39567

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: __N/A__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes ( )   No (X)   N/A

   2. State how your claims were presented (written request, verbal request, request for forms): __written procedured (Habeas Corpus) Habeas corpus/Supreme Court to county__

   3. State the date your claims were presented: __N/A__

   4. State the result of the procedure: __N/A__

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

III.1) Gautier Police Dept. failed to investigate exculpitory H.R. evidence, causing me to be indicted without preliminary hearing.

III.2) Tony Lawrence failed to set a preliminary hearing in violation of Mississippi Code of Professional Conduct Section 3.8.

III.3) Tony Lawrence failed to see that I was appointed an Attorney for my initial Appearance or Preliminary hearings.

III.4) Tony Lawrence failed to bring me before the Courts for bail to be set.

III.5) Judge Gary Roberts failed to provide preliminary hearing or otherwise hear any evidence whatsoever before binding me over to the Grand Jury.

III.6) Judge Kathy King Jackson conspired to continue the violations of my Constitutional rights, no Preliminary or Initial hearing.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Demand $320,000.00 from Chief of Police.

Demand Judgement of $320,000.00 from Investigator.

Demand Judgement of $320,000.00 from Tony Lawrence for no preliminary hearing.

Demand Judgement of $320,000.00 from Tony Lawrence for no Attorney at initial Appearance. Jackson County Demand 1.0 million dollars

Demand Declaratory relief in the form of a vacation of all charges from Judge Gary Roberts.

Demand Judgement in the form of vacation of all charges from Judge Kathy King Jackson.

Signed this 7 day of Sept, 20 09.

Howard M. Rowell

200959824  1719 Kenneth Ave Pascagoula MS. 39567

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Sept/7/09
(Date)

Signature of plaintiff

4

H Rowell
1719 Kennett Ave
Pascagoula MS. 39567.

Pro Se

US District Court
Southern District of MS
Southern Division
Gulfport MS. 39501

GULFPORT MS 395
19 OCT 2009 PM 2 L