# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HOWARD M. ROWELL**                                                              **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:09CV731HSO-JMR**

**TONY LAWRENCE, et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [39] of Chief United States Magistrate Judge John M. Roper entered in this cause on May 11, 2011. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, this matter be, and is hereby, dismissed without prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all pending Motions are denied as moot.

**SO ORDERED AND ADJUDGED**, this the 27th day of May, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE